IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | | |
|---|---|---|
| KENNETH JELKS, #A0249413, | ) | CIVIL NO. 08-00108 JMS-LEK |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| WARDEN SWENSON and CLAYTON FRANK, | ) ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

**ORDER**

On July 14, 2008, Petitioner filed three motions: (1) a motion for substitution of the parties, substituting Warden Todd Thomas for ex-Warden Swenson as respondent to the petition for writ of habeas corpus ("Motion for Substitution"); (2) a motion in opposition to Respondents' request for an extension of time to file their court-ordered supplemental briefing ("Motion in Opposition"); and (3) a motion directing Warden Thomas to return Petitioner's legal mail and documents that were allegedly seized on April 24, 2008 ("Motion Directing Return of Legal Documents"). Petitioner's Motion in Opposition also requests the court to appoint a special master to oversee Petitioner's current prison's law library, and to investigate Petitioner's allegations that prison officials are purposely hindering prisoners' access to the law library and to materials explaining the Anti-Terrorism and Effective Death Penalty Act of 1996 ("AEDPA").

Petitioner's Motion for Substitution is **GRANTED**. **The Clerk is DIRECTED** to substitute Warden Todd Thomas as Respondent to this action. *See* Fed. R. Civ. P. 25(d).

Petitioner's Motion in Opposition is **DENIED**. The court has already entered an Order requiring additional supplemental briefing from the parties, rendering Petitioner's objections to Respondent's ex parte request for an extension of time moot. *See* Doc. No. 18. Insofar as the Motion in Opposition requests the appointment of a special master, it is also **DENIED. Respondent**, however, is **DIRECTED** to address Petitioner's claims regarding his lack of access to the law library as well as the adequacy of the prison law library's legal materials when Respondent files the supplemental briefing due on **August 11, 2008.**

**Respondent is also DIRECTED** to file an Opposition to Petitioner's Motion Directing Return of Legal Documents on or before **July 29, 2008**, unless, of course, the Motion is unopposed. Petitioner may file a Reply to Respondent's Opposition on or before **August 12, 2008.** The court will thereafter take the matter under advisement.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, July 15, 2008.



　　　　　　　　　　　　 /S/ Leslie E. Kobayashi
　　　　　　　　　　　　Leslie E. Kobayashi
　　　　　　　　　　　　United States Magistrate Judge

*Jelks v. Swenson, et al.*, Civ. No. 08-00108 JMS-LEK; Order; dmp/Non-disp Ords 08/Jelks 08-108 (3 July 14 motions)